JAMES J. CERBONE, ESQUIRE - 4036
1704 MAXWELL DRIVE
SUITE 206
WALL, NJ 07719
(732) 681-6800
Attorney for Debtor

**Order Filed on June 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

**DARIAN D. VITELLO**

DEBTOR

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 13
CASE NO.: 25-15519/MEH

**ORDER IMPOSING THE AUTOMATIC STAY AS TO ALL CREDITORS SERVED WITH THE MOTION**

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: June 18, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

Debtor: Darian D. Vitello

Case Number: 25-15519/MEH

Caption of Order: Order Imposing the Automatic Stay as to All Creditors

**THIS MATTER,** being brought, before this court by James J. Cerbone, Esq. attorney for Debtor, upon reading documents submitted and good cause being shown:

**ORDERED** that the automatic stay is imposed to all creditors served with the motion.