**Rushmore Servicing**™

8950 Cypress Waters Blvd.
Coppell, TX 75019

**OUR INFO**
**ONLINE**
www.rushmoreservicing.com

JAMES J CERBONE
1704 MAXWELL DRIVE
SUITE 206
WALL TOWNSHIP, NJ  07719-3852

7/2/2025

**YOUR CLIENT'S INFO**
Debtor(s):
DARIAN VITELLO
**CASE NUMBER:** 2515519
**LOAN NUMBER:** 708129531
**PROPERTY ADDRESS:**
202 POPLAR PL
NEPTUNE TWP, NJ 07753

Dear JAMES J CERBONE:

Our records indicate that you represent DARIAN VITELLO (hereinafter "your client") in the above-referenced Bankruptcy proceeding.

This letter is being sent to advise you that Rushmore Servicing hereby retracts the letter dated June 5, 2025, which was sent to you on behalf of your client, in connection with above matter.  Rushmore Servicing is the servicer for US Bank National Association (USB), not in its individual capacity but solely as trustee for RMAC Trust, Series 2017-C, the owner/guarantor/trustee of the above referenced mortgage loan.  The letter dated June 5, 2025, pertaining to loss mitigation options, was inadvertently sent, which should be readily apparent since the numbers and calculations of the offer are outdated.  There is no loan modification currently under review and there is a pending motion in the US Bankruptcy Court, which was filed on behalf of your client, to enforce a prior offer for a loan modification.  Thus, as both you and your client are aware, there is no loan modification in place and no offer for a loan modification at this time.  This will confirm that your client has not been approved for a loan modification.  The June 5, 2025, letter is hereby rescinded, retracted, void, and of no effect whatsoever, and should be disregarded by you.

If you or your client have any questions, your client's Dedicated Loan Specialist is Marc Padua and can be reached at 877-888-4623 or via mail at PO Box 619097, Dallas, TX 75261.  Our hours of operation are Monday through Friday from 8 a.m. to 7 p.m. (CT).

Sincerely,

Rushmore Servicing

Rushmore Servicing℠ and Mr. Cooper® are brand names for Nationstar Mortgage LLC.

